

Daniel T. Hanavan
Chief of Police

# TOWN OF TISBURY
## Police Department
32 Water Street • P. O. Box 426
Vineyard Haven, Massachusetts 02568
508-696-4240 • Fax 508-693-5543

## Formal Complaint

**Tuesday August 7, 2018:**

I was approached by Officer Silvia, who requested to speak with me regarding a sensitive matter which had come to his attention. He indicated he had information that Detective Max Sherman had been involved in sabotaging the efforts of Sgt. Kindia Roman to obtain employment with the Walpole Police Department. He indicated he had obtained this information from Officer Sidoti, who had obtained it directly from Detective Sherman.

According to Officer Silvia, Detective Sherman, had contacted the Walpole Police Department background investigators and told them Sgt. Roman had staged a 'coup' in order to obtain the Local 419 Union Presidency, an office Detective Sherman previously held. According to Officer Silvia this information had been instrumental in denying Sgt. Roman new employment opportunities.

*I had also received similar information from Sgt. Roman in mid-July. Officer Silvia's information corroborated what Sgt. Roman had told me. Sgt. Roman had indicated she was on a 'fast track' to get employed with the Walpole Police Department. She had been given a start date of early July, packed up her residence and moved away from her lodging on Martha's Vineyard in order to start working for her new employer as soon as possible. She then indicated she was suddenly informed that there had been 'disturbing information' found in her background which caused the Walpole Police Department to rescind their offer of employment. Sgt. Roman had been given positive reviews at work and an exemplary background from the Town of Tisbury. Sgt. Roman indicated she believed either or both Detective Sherman and Officer Jeff Day had been involved in the providing of the 'disturbing information' involving a 'coup' of the union presidency. At the time of my conversation she could not provide any information to support her beliefs. Sgt. Roman was extremely upset due to the situation. I logged this information into my daily notes.

I met with Officer Sidoti, who arrived at my office, shortly after Officer Silvia. I asked Officer Sidoti to explain what information he had obtained. Officer Sidoti explained he had been in the squad room of the police department, 32 Water Street; discussing the situation Sgt. Roman had found herself in, with Officer Duquette. Officer Sidoti stated he had been talking in a raised voice indicating his displeasure at the set of circumstances surrounding Sgt. Roman. He said, words to the effect of, 'someone from here called them and told them this'. He stated Detective Sherman then entered the room and said, 'I told them, they contacted me, and I told them the truth.' Officer Sidoti indicated Detective Sherman had been raising his arms up when he said this, and that he then went on to explain how he had been removed from his union presidency.

As Officer Sidoti explained what he had heard from Detective Sherman, Officer Silvia, began to protest to me that the information was not factual. He further indicated the majority of the members of the Local 419 Police Union had contacted the home officer for instructions on how to hold elections if they were not satisfied with the current make-up of union positions. They had then followed these instructions and the vote had eliminated Detective Sherman from the presidency. He further indicated he had kept minutes of the meeting and could prove the information Detective Sherman had provided Officer Sidoti was simply not true. Officer Sidoti went on to say that Detective Sherman indicated he was going to 'fight' any attempt to reinstate Sgt. Roman to the Tisbury Police Department. Officer Sidoti did not elaborate on how Detective Sherman planned to 'fight' Sgt. Roman's return.

**Wednesday August 8, 2018:**

I had my morning meeting with Chief Hanavan to go over daily activities. I brought the situation to his attention. We both agree if these allegations are factual that Detective Sherman has interfered with Sgt. Roman's ability to obtain employment and has provided information which is not truthful. This situation has the propensity to cause severe morale issues within the department if it is not addressed. I requested Chief Hanavan provide Town Administrator Jay Grande with the information as known so far and also call the Chief of Police at Walpole to see if they would be willing to corroborate any of this information from their end of the situation.

**Thursday August 9, 2018:**

Spoke with the Chief in the morning, he indicated it would be interesting to question Detective Sherman in regard to his conduct. He then indicated he would leave that for the next chief to deal with. He further indicated he believed Detective Sherman had set himself up for legal trouble based on his conduct.

**Friday August 10, 2018:**

Chief Hanavan came into my office at 1615 hours and told me that he had just had a meeting with Jay Grande regarding this situation. He informed me Mr. Grande had told him that Kindia Roman had been removed from the agenda for August 14, 2018 selectmen's meeting. He further indicated Mr. Grande told him that Ms. Roman would need to re-apply just like anyone else in order to obtain employment at the police department. Chief Hanavan indicated he had not been provided with any more information. Chief Hanavan then told me it was my responsibility to contact Ms. Roman and inform her of the decision. I inquired whether or not Mr. Grande or the Chief were going to inform her in writing, the Chief replied, 'no, you are going to call her and tell her.'

At approximately 1800 hours I was able to make contact with Ms. Roman via her telephone number. I told her I had bad news and then informed her what the chief had told me two hours earlier. Ms. Roman was extremely upset regarding the news and told me she was under the impression based on what Mr. Grande and the Chief had told her, during a meeting between the three of them, she was going to be re-appointed to her position with the Tisbury Police Department. She demanded to know what had taken place to change their minds. I informed Ms. Roman that I was not privy to their meeting and did not know what had been actually discussed.

I informed her that I had received information that indicated Detective Sherman had provided negative information about her to the Walpole Police Department, I asked Ms. Roman if she still believed that to be true, and she replied absolutely because she has an attorney who has made a freedom of information act request of the Walpole Police Department regarding her hiring eligibility. She further indicated that Detective Sherman had made contact with the Westwood Police Department and had 'bad mouthed' her to their Chief of Police. She indicated she had confirmed this through that individual. I ended the conversation with her and wished her luck.

I then received a phone call from Special Officer Cioffi, who was sounded angry. He had heard what Detective Sherman had done to Sgt. Roman and wanted to know how he, Sherman, had this much power/pull. He further iterated that it was unfair that Detective Sherman destroy someone's career and chances of employment because he had lost a union election and was upset.

*Document to continue based on investigation.

Lieutenant Eerik Meisner